No. 09–9300. IN RE TAYLOR. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [559 U. S. 1036] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–9541. IN RE WARREN. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 903] denied.

No. 09–10028. BISHOP *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 937] denied.

No. 09–10032. SHAHIN *v.* DARLING ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 951] denied.

No. 09–10070. MATTHEWS *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 962] denied.

No. 09–10157. TRIMBLE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 923] denied.

No. 09–10203. MITRANO *v.* DISTRICT OF COLUMBIA BAR. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 964] denied.

No. 09–10213. IN RE MINOR. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 902] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.